## SECOND DEPARTMENT, APRIL, 1942.

### (April 1, 1942.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH GIFFONE, Appellant, v. THE WARDEN AND AGENT OF CITY PRISON, Respondent.— On argument, order dismissing writ of habeas corpus reversed on the facts, writ sustained, bail fixed at the sum of $25,000, and relator remanded to the custody of the warden and agent of the city prison, Brooklyn. Lazansky, P. J., Carswell, Adel, Taylor, and Close, JJ., concur.

### (April 6, 1942.)

HARRY H. BECKER, Appellant, v. HERCULES FOUNDRIES, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

HARRY H. BECKER, Appellant, v. HERCULES FOUNDRIES, INC., Respondent.— Motion for stay of trial denied, without costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

BENJAMIN BECKER, Respondent, v. ANTHONY PALUMBO, Doing Business under the Firm Name and Style of PLAYLAND DELICATESSEN, GROCERY AND DAIRY, and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

MILDRED CASHMAN, Respondent, v. CITY OF NEW YORK, Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

BENJAMIN W. COHEN, Suing on His Own Behalf and on Behalf of All Other Common Stockholders of THE FISK RUBBER CORPORATION Similarly Situated Who May Come in and Contribute to the Expenses of This Action, Respondent, v. CHARLES A. DANA and Others, Defendants, and KARL H. BEHR and Others, Appellants.— Motion for reargument of the appeal from the order dated February 5, 1941 [262 App. Div. 42], denying appellants' motion to require plaintiff to bring in as a party defendant The Fisk Rubber Corporation, referred to the court which rendered the decision. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. Reargument granted and upon reargument the order is reversed on the law, without costs, and the motion is granted, without costs, and without prejudice to plaintiff pursuing any steps he may be advised to take. (Cohen v. Dana, 287 N. Y. 405.) Defendants' time to answer the complaint or otherwise move with respect thereto is extended until twenty days after the corporation shall have been joined as a party defendant. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur. [See post, p. 858.]

S. LEIGHTON FROOKS, Respondent, v. WILL N. CLURMAN, Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application by the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Pursuant to Chapter 4 of the Laws of 1891 and the Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquir-